ACCEPTED
03-15-00661-CR
7938668
THIRD COURT OF APPEALS
AUSTIN, TEXAS
11/23/2015 12:00:00 AM
JEFFREY D. KYLE
CLERK

NO. 03-15-00661-CR

| | | |
|---|---|---|
| THE STATE OF TEXAS<br>Appellant | § | IN THE COURT OF APPEALS |
| VS. | § | THIRD DISTRICT |
| TRAVIS LEE WICKSON,<br>Appellee | § | AUSTIN, TEXAS |

FILED IN
3rd COURT OF APPEALS
AUSTIN, TEXAS
11/23/2015 12:00:00 AM
JEFFREY D. KYLE
Clerk

## FIRST MOTION FOR EXTENSION OF TIME TO FILE APPELLANT'S BRIEF

This motion is presented by the State of Texas, by and through the undersigned Assistant District Attorney, and in support would show:

I.

The brief for the State of Texas, Appellant, is due on November 23, 2015.

II.

The undersigned is solely responsible for all appellate and post-conviction matters in felony cases on behalf of the State of Texas for the 33rd and the 424th Judicial Districts which covers Burnet County, Llano County, Blanco County, and San Saba County. The undersigned is also solely responsible for all asset seizure and forfeiture matters within these four counties, including investigating and preparing Notice of Seizure and Affidavit, preparing and responding to discovery,

summary judgment procedures, and trial proceedings. Additionally the undersigned is responsible for providing assistance and backup to the trial attorneys during trial preparation and during non-trial settings before the bench when needed. Since the time that the reporter's record and the clerk's record were filed in this cause, the undersigned has diligently been involved in reviewing the record and conducting complex research on the primary issue involved. However, the undersigned had to utilize a large portion of this period in finalizing the brief for the State of Texas in the case of Harkey v. State, 03-14-00734-CR, a high profile and very complex capital murder case, which was due on November 16, 2015. In addition the undersigned was served with three Art. 11.07 post-conviction writ applications, each requiring answers within 10 days. Although involving relatively simple issues, each required time to research and prepare.

## III.

In this case the first draft of the Appellant's brief, together with one complete proof-read by the undersigned, has been completed. However, the co-author, Mr. Wiley B. "Sonny" McAfee, District Attorney, has not yet completed his proof-read of the brief. Mr. McAfee will likely suggest additional research on one or two points contained in the brief. This is the first extension requested by the Appellant.

The undersigned believes that the final version of the State's brief can be completed and filed on or before December 3, 2015.

## PRAYER

The State of Texas, in consideration of the facts and circumstances set forth herein above, prays the Court grant this motion and extend the due date for the Appellant's Brief to December 3, 2015.

Respectfully submitted,

OFFICE OF DISTRICT ATTORNEY
33RD and 424th JUDICIAL DISTRICTS
Wiley B. McAfee, District Attorney
P. O. Box 725
Llano, Texas 78643
Telephone           Telecopier
(325) 247-5755     (325) 247-5274

By: _____
Gary W. Bunyard
Assistant District Attorney
State Bar No. 03353500
ATTORNEY FOR APPELLANT

## CERTIFICATE OF WORD COUNT

This is to certify that the pertinent portion of this brief contains 371 words printed in Aldine401BT 14 font, according to the WordPerfect™ X7 word count tool.

Gary W. Bunyard


## CERTIFICATE OF SERVICE

This is to certify that a true copy of the above and foregoing instrument, together with this proof of service hereof, has been forwarded on the 23rd day of November 2015, to Mr. Ray Austin Bass III, Attorney for Appellee, by email at ray@raybass.com and by EServe.

Gary W. Bunyard
Assistant District Attorney